UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-21658-KMW

**HARRIUS JOHNSON,**

    Plaintiff,

v.

**MIAMI-DADE COUNTY,**

    Defendant.
_____/

## PARTIAL FINAL JUDGMENT

This action came before the Court on the Notice of Plaintiff accepting Defendant's Offer of Judgment to Plaintiff on Counts I & II of Amended Complaint, which included a proposed partial final judgement that was "approved and agreed by both Parties." (DE 75 at 1). Upon review of the Notice, Offer, and pertinent portion of the record, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that,

1. Final Judgment is hereby entered against Defendant, MIAMI-DADE COUNTY, and in favor of Plaintiff, HARRIUS JOHNSON, on Counts I & II of Plaintiff's Amended Complaint.

2. Plaintiff, HARRIUS JOHNSON, shall recover from Defendants, MIAMI-DADE COUNTY, the total sum of FIVE THOUSAND, ONE HUNDRED, FIFTEEN DOLLARS AND TWENTY-EIGHT CENTS ($5,115.28), which includes all wages which the Plaintiff claims to be owed to him by the County ($2,557.64), as well as a sum of liquidated damages equal to the total amount of wages ($2,557.64). *See* Pl. Am. Stmt. of Claim [D.E.14] ¶¶ 7, 11; Order [D.E. 48] at 3-7 (dismissing from Counts I & II all amounts except actual wages).

3. Plaintiff, HARRIUS JOHNSON, shall also recover from Defendant, MIAMI-DADE COUNTY, reasonable costs and attorney fees incurred only as to Counts I & II of the Amended Complaint, the amount of which shall be subsequently determined by this Court. Plaintiff's counsel shall comply with the procedures set forth in Local Rule 7.3 in filing any petition for such costs and/or attorney fees.

4. Final judgment is entered against Defendant, MIAMI-DADE COUNTY, and in favor of Plaintiff, HARRIUS JOHNSON, for the total sum of FIVE THOUSAND, ONE HUNDRED, FIFTEEN DOLLARS AND TWENTY-EIGHT CENTS ($5,115.28), for which interest shall accrue pursuant to 28 U.S.C. § 1961. Two separate checks for $2,557.64 each, made payable to HARRIUS JOHNSON, shall be delivered to the office of Plaintiff's Counsel within thirty (30) days of entry of this judgment, notwithstanding the pendency or determination of any additional amount for costs and/or attorney fees. For which sum let execution issue forthwith.

DONE AND ORDERED in Chambers in Miami, Florida, this 23rd day of October, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE