UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-cv-21658-KMW

HARRIUS JOHNSON,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, HARRIUS JOHNSON ("Plaintiff"), by and through his undersigned counsel, hereby gives notice of his appeal to the United States Circuit Court for the Eleventh Circuit. This appeal is from the judgment [ECF No. 99] against Plaintiff, and in favor of Defendant, MIAMI-DADE COUNTY ("Defendant"), pursuant to the Court's Order [ECF No. 98] granting Defendant's Motion for Final Summary Judgment, denying Plaintiff's Motion for Summary Judgment, and denying Plaintiff's Motion for Partial Judgment on the Pleadings. Plaintiff also appeals the Court's grant of Defendant's Motion for Protective Order precluding Plaintiff from taking the deposition of Carlos Gimenez [ECF No. 55].

Dated 4/5/18

Respectfully submitted,

_____
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637
agp@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on _____4/5/18_____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Marlon D. Moffett, Esq.**
mdm2@miamidade.gov
**Javier Zapata, Esq.**
jzapata@miamidade.gov
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Phone: (305) 375-2995
Fax: (305) 375-5611

Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637
agp@rgpattorneys.com